UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JERRY DILLINGHAM,

    Plaintiff,

  v.

CORRECTIONAL OFFICER
N. EMERSON, et al.,

    Defendants.

Case No. 17-cv-03698-YGR (PR)

**ORDER GRANTING PLAINTIFF SECOND EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS AND SIX-MONTH PRISONER TRUST ACCOUNT STATEMENT**

Before the Court is Plaintiff's filing entitled, "Judicial Notice of Filed Prisoner Trust Account Statement Application," which will be construed as a motion for a second extension of time to file his Certificate of Funds and six-month prisoner trust account statement." Dkt. 15.

Good cause appearing, the request is GRANTED. No later than **twenty-eight (28) days** from the date of this Order, Plaintiff shall file his Certificate of Funds and six-month prisoner trust account statement. **The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.**

The Clerk of the Court shall send Plaintiff a blank prisoner IFP application form along with a copy of this Order.

IT IS SO ORDERED.

Dated: January 24, 2018

                                                        YVONNE GONZALEZ ROGERS
                                                        United States District Judge