UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORRECTIONAL OFFICER<br>N. EMERSON, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03698-YGR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Dkt. 10. The acts complained of occurred at the California Substance Abuse Treatment Facility, which is located in the Eastern District of California, and it appears that Defendants reside in that district. *See id.* Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). The Court has granted Plaintiff leave to proceed *in forma pauperis*. Dkt. 20.

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: April 10, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge