# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>N. EMERSON, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, AND DENYING DEFENDANTS' MOTION TO DISMISS<br><br>(ECF Nos. 54, 61) |

Plaintiff Jerry Dillingham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2019, the assigned Magistrate Judge filed findings and recommendation, recommending that Defendant Velasco's, Martines's, Loftin's, Emerson's, Marsh's, Wescoat's, and Wilson's motion to dismiss Plaintiff's Eighth Amendment claim based on qualified immunity be denied. (ECF No. 61.) The findings and recommendation were served on the parties and contained notice that any objections thereto were to be filed within thirty (30) days after service. (Id. at 10.) No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's findings and recommendation are supported by the record and by proper analysis.

1

Accordingly, it is HEREBY ORDERED that:

1. The findings and recommendations filed on December 19, 2019, (ECF No. 61), are adopted in full;
2. Defendants Velasco's, Martines's, Loftin's, Emerson's, Marsh's, Wescoat's, and Wilson's motion to dismiss Plaintiff's Eighth Amendment claim, (ECF No. 54), is DENIED; and
3. This matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: February 20, 2020

SENIOR DISTRICT JUDGE