# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>EMERSON,<br><br>             Defendant. | Case No.  1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER REQUIRING **REMOTE APPEARANCES** AT SETTLEMENT CONFERENCE<br><br>**Date:  August 25, 2020**<br>**Time:  9:30 a.m.** |

A settlement conference in this matter is currently scheduled on August 25, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely via Zoom**.

Counsel for Defendant shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendant is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the necessary Zoom contact information.

IT IS SO ORDERED.

Dated:   **July 27, 2020**                    /s/ *Barbara A. McAuliffe*       _
                                            UNITED STATES MAGISTRATE JUDGE

1