UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>              Plaintiff,<br><br>v.<br><br>N. EMERSON, et al.,<br><br>              Defendants. | Case No. 1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE JERRY DILLINGHAM, CDCR # C-95149, **BY VIDEO CONFERENCE (VIA ZOOM)**<br><br>DATE: August 25, 2020<br>TIME:  9:30 a.m. |

      **Inmate Jerry Dillingham**, **CDCR #C-95149**, a necessary and material witness on his own behalf in proceedings in a settlement conference on August 25, 2020, is confined at Kern Valley State Prison, 3000 Cecil Avenue, Delano, CA 93216, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in **to appear by video conference (via Zoom)** for a hearing set before Magistrate Judge Barbara A. McAuliffe on August 25, 2020, at 9:30 a.m.

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via zoom)** to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of Kern Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above, **along with any necessary legal property, to appear by video conference (via zoom)** at the time and place above, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **July 28, 2020**                                           _____
                                                                                    UNITED STATES MAGISTRATE JUDGE

