# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY DILLINGHAM,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**N. EMERSON, et al.,**<br><br>    **Defendants.** | **CASE NO. 1:18-cv-00507-AWI-SAB (PC)**<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO WITHDRAW MOTION FOR SUMMARY JUDGMENT, VACATING FINDINGS AND RECOMMENDATIONS, AND DIRECTING CLERK OF COURT TO TERMINATE MOTION**<br><br>(Doc. Nos. 94, 108 & 114) |

Plaintiff Jerry Dillingham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 25, 2020, Defendants filed an exhaustion-related motion for summary judgment. Doc. No. 94. On July 27, 2021, the assigned magistrate judge issued findings and recommendations, which recommended that the Court grant Defendants' motion. Doc. No. 108. On September 7, 2021, Plaintiff filed objections to the findings and recommendations. Doc. No. 113. On September 22, 2021, Defendants filed a notice to withdraw their motion for summary judgment, stating that they "have received additional information that had not been provided to defense counsel at the time the motion for summary judgment was filed, indicating the need for further investigation." Doc. No. 114 at 1–2. Defendants request to withdraw their motion without waiving any right to move for summary judgment for failure to exhaust at a later date. Id. at 2.

Based on a showing of good cause, the Court will grant Defendants' request to withdraw their exhaustion-related motion for summary judgment.

///

///

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to withdraw their exhaustion-related motion for summary judgment (Doc. No. 114) is GRANTED;

   a. The Clerk of Court shall TERMINATE Defendants' motion (Doc. No. 94);

   b. Defendants have not waived any right to file an exhaustion-related motion for summary judgment at a later time;

2. The findings and recommendations (Doc. No. 108) that were issued on July 27, 2021, are VACATED; and

3. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 23, 2021                        _____
                                                    SENIOR DISTRICT JUDGE