# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>N. EMERSON, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF No. 117) |

Plaintiff Jerry Dillingham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 8, 2021, Plaintiff filed a motion for administrative relief and states that he is scheduled to be released on October 5, 2021, and does not have a current residence to update his address. Plaintiff requests that the Court delay ruling on any matters until Plaintiff has updated his address. Plaintiff's motion shall be denied. As stated in the first informational order, pro se plaintiff must keep the Court and opposing parties informed of the party's correct current address. Local Rule 182(f). If a party moves to a different address without filing and serving a notice of change of address, documents served at a party's old address of record shall be deemed received even if not actually received. Id. (ECF No. 23 at 5.) Thus, it is Plaintiff's responsibility to litigate this action in compliance with the applicable rules, and Plaintiff's motion to delay ruling on future matters is denied.

IT IS SO ORDERED.

Dated:   **October 12, 2021**

UNITED STATES MAGISTRATE JUDGE