**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>N. EMERSON, et al.,<br><br>          Defendants. | Case No. 1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 124) |

Plaintiff Jerry Dillingham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed March 23, 2022.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion is extended to June 28, 2022.

IT IS SO ORDERED.

Dated:   **March 23, 2022**

UNITED STATES MAGISTRATE JUDGE

1