**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>N. EMERSON, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00507-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(ECF Nos. 128, 138) |

      Plaintiff Jerry Dillingham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On November 22, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Defendants' motion for summary judgment be granted, as well as recommending that Defendant Doe be dismissed from the action. (ECF No. 138.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 11.) No objections were filed and the time to do so has expired.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on November 22, 2022 (ECF No. 138) are adopted in full; and
2. Defendants' motion for summary judgment filed on June 28, 2022 (ECF No. 128) is granted;
3. Defendant Doe is dismissed from the action pursuant to Federal Rule of Civil Procedure 4(m); and
4. The Clerk shall enter judgment against Plaintiff and CLOSE the case.

IT IS SO ORDERED.

Dated:  January 11, 2023

_____
SENIOR  DISTRICT  JUDGE